UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 20, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>James A. Gilmartin | Case No.: 19-33567 (SLM)<br>Hearing Date:<br>Judge: Stacey L. Meisel |

### ORDER DISMISSING CASE AND WAIVING FILING FEE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 20, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case no:  19-33567 (SLM)                                                                                                 Page 2

Debtor:  James A. Gilmartin

Upon the Court's own motion, it appears that the following facts exist:

    1.    Case number ____19-23492 (SLM)____ was filed on behalf of ____James A. Gilmartin____ on ____07/10/2019____;

    2.    Case number ____19-33567 (SLM)____ was filed in error on behalf of ____James A. Gilmartin____ on ____12/19/2019____ and is duplicative.

Therefore, it is:

    ORDERED that case number ____19-33567 (SLM)____ is dismissed and the filing fee in the amount of ____$310.00____ is waived, and it is

    ORDERED that case number ____19-23492 (SLM)____ shall continue in the normal course.

United States Bankruptcy Court
District of New Jersey

In re:  
James A. Gilmartin  
     Debtor

Case No. 19-33567-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 20, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.  
db        +James A. Gilmartin,   131 Rock Road,    Glen Rock, NJ 07452-2051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:  
        John P. Fazzio    on behalf of Debtor James A. Gilmartin jfazzio@fazziolaw.com,  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 2